FILED
CLERK, U.S. ... COURT
JUL - 6 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ALAN ROSS, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR-13-00373-FMO <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

|     | other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | _____ |
| 4   | _____ |
| 5   | _____ |
| 6   | _____ |
| 7   | _____ |

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _Absconded from supervision_; _unverified background information_; _substance abuse issues_

IT IS ORDERED that defendant be detained.

DATED: July 6, 2018

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                 Page 2 of 2