0

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN ROSS<br><br>Defendant. | Case No.: CR 13-373-FMO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA _____ for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of charge (failure to report to PO)_ _similar + prior alleged violation; no bail resources_

1 _____

2 _____

3 _____

4 and/or

5 B. ( ) The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c). This finding is based

9 on:_____

10 _____

11 _____

12 _____

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: _____4/1/19_____

18

19

20 _____
                     PAUL L. ABRAMS
                UNITES STATES MAGISTRATE JUDGE

2